IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 25 PM 2:31

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

LEBORA MABRY,

    Plaintiff,

VS.                                    NO. 04-2860-Ma/P

MEMPHIS MENTAL HEALTH HOSPITAL,

    Defendant.

## ORDER OF DISMISSAL

The parties have submitted a Stipulation of Dismissal With Prejudice in this matter indicating that this matter may be dismissed.

IT IS THEREFORE ORDERED that this case is DISMISSED with prejudice, the defendant to bear court costs.

Entered this 24th day of May, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-25-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-02860 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Lebora Mabry
3210 East Harnester Lane
Memphis, TN 38127

Honorable Samuel Mays
US DISTRICT COURT