UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 31  PM 1: 54

CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

LEBORA MABRY,

    Plaintiff,

v.       Cv. No. 04-2860-Ma

MEMPHIS MENTAL HEALTH HOSPITAL,

    Defendant.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed May 25, 2005.

**APPROVED:** /s/

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

May 31, 2005
_____
DATE

ROBERT R. DI TROLIO
_____
CLERK

/s/ Judy Easley
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  5-31-05

/10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02860 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Lebora Mabry
3210 East Harnester Lane
Memphis, TN 38127

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Samuel Mays
US DISTRICT COURT